UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:19-CR-96 |
| | ) | JUDGE GREER |
| HAILEY LEANN HALE | ) | |
| aka "BABY MAMA" | ) | |

## MOTION TO WITHDRAW FILED DOCUMENTS

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to withdraw the Plea Agreement (Doc. 309) and the sealed Plea Agreement Supplement (Doc. 310) as to defendant, Hailey Leann Hale, which were filed on June 3, 2020. Document 309 contains a typographical error which does not represent the intended agreement of the parties. Document 310, as supplement, must also be considered in error and withdrawn.

Respectfully submitted, this the 3rd day of June, 2020.

                                                      Respectfully submitted,

                                                      J. DOUGLAS OVERBEY
                                                      United States Attorney

By:    *s/Thomas A. McCauley*
           Thomas A. McCauley, TN Bar#035250
           Assistant U.S. Attorney
           220 West Depot Street, Ste. 423
           Greeneville, TN 37743
           423/823-5033
           Thomas.McCauley@usdoj.gov